ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| The Analysis Group, LLC | ) | ASBCA No. 59221 |
| | ) | |
| Under Contract No. N00178-05-D-4617 | ) | |

APPEARANCE FOR THE APPELLANT:    William A. Shook, Esq.
The Law Offices of William A. Shook PLLC
Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Valerie G.S. Hirsch, Esq.
Associate Counsel
Naval Surface Warfare Center
Carderock Division

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 10 September 2014

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59221, Appeal of The Analysis Group, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals